# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **PLAINTIFF** ) | |
|  ) | |
| **VS.** ) | Case No:  1:25-CR-438-ACA-JHE |
|  ) | |
| **JACOB DLEE EDWARDS, ET.AL** ) | |
| **DEFENDANT.** ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Adolph J. Dean, Jr. and moves to withdraw as counsel for Jacob Dlee Edwards. In support of this Motion, counsel states the following:

1. On August 12, 2025, undersigned counsel was appointed to represent Jacob Dlee Edwards in this case.

2. Mr. Edwards is charged with two counts of civil rights violations including "conspiracy against rights" (18 U.S.C. Section 241) and is facing a substantial custodial sentence. Mr. Edwards has been provided a copy of the Indictment. On August 29, 2025, this Honorable Court granted a 90-day continuance (Doc. #36) and set a telephone status conference for 11/28/2025 at 10 a.m. before US. Magistrate Judge John England.

3. Undersigned counsel has met with and spoken with Mr. Edwards on numerous occasions, continuing to the present date. Those meetings included a full day meeting in Jasper, Alabama to review the extensive Discovery, and consider potential plea or trial matters for discussion. Mr. Edwards was provided with access to all Discovery materials and warned about the Protective Order in place.

4. Jacob Dlee Edwards has expressed a fundamental dissatisfaction with undersigned counsels' legal representation. On 10/28/2025, Mr. Edwards has provided undersigned counsel with a Letter outlining his desire to be appointed a new CJA Panel Counsel to

represent him due to an irreparably broken attorney-client relationship.

5. Undersigned counsel requests that he be relieved as counsel for Jacob Dlee Edwards and that alternative CJA Panel Counsel be appointed to represent him in all further proceedings in this case.

WHEREFORE, the undersigned counsel prays that he be permitted to withdraw from the representation of Jacob Dlee Edwards and that alternative CJA counsel be appointed to represent him forthwith.

Respectfully submitted,

**/s/Adolph J. Dean, Jr**

Adolph J Dean, Jr
CJA Attorney for Defendant Jacob Dlee Edwards
205-774-1221
adolphdean@gmail.com
October 29, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on, 29th day of October 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the United States Attorney and the U.S. Probation Office.

**/s/Adolph J. Dean, Jr**